unless the appellant perfect the appeal, place the cause on the calendar for the June term of this court and be ready for argument when reached, in which case the motion is denied, without costs. Present — Woodward, Jenks, Gaynor, Burr and Miller, JJ.

John H. Gass, Respondent, v. Astoria Veneer Mills, Appellant.— Motions granted on condition that the respondent pay the costs of the appeal in this court, and disbursements, and also the costs of the appeal to the Court of Appeals before argument, and disbursements, and case set down for reargument on June 2, 1909; otherwise motions denied, with ten dollars costs in each motion. Present — Woodward, Jenks, Gaynor, Burr and Miller, JJ.

Frederick S. Heal, Appellant, v. Richmond County Savings Bank, Respondent.— Motion to amend return granted, without costs. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

In the Matter of the Application of George M. Nelson for Admission to the Bar.— Application granted. Present — Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ.

In the Matter of the Application of Alfred Roelker, Jr., for License and Permission to Practice as an Official Examiner of Title.— Application granted and bond approved. Present — Woodward, Jenks, Gaynor, Burr and Rich, JJ.

The People of the State of New York, Respondent, v. Julius Weiss, Appellant.— Motion granted. Present — Woodward, Jenks, Gaynor, Burr and Miller, JJ.

The People of the State of New York ex rel. George W. Hackett, Relator, v. Theodore A. Bingham, as Police Commissioner of the City of New York, Respondent.—Motion denied, with ten dollars costs. Present — Woodward, Jenks, Gaynor, Burr and Miller, JJ.

Henry H. Fitton, Respondent, v. Hudson River Woolen Mills, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

The Independent-Peerless Pattern Company, Appellant, v. Edward I. Townsend and Charles G. Townsend, Composing the Firm of Townsend Brothers, Respondents.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

In the Matter of the Application of Clarence H. Robbins and Others, Executors and Trustees under the Will of Aaron S. Robbins, Deceased, Respondents, to Have Determined an Attorney's Lien Heretofore Filed by Clarence C. Ferris, Appellant, against a Certain Award of Damages Made to Said Executors and Trustees in Certain Proceedings to Acquire Title to the Lands, Tenements and Hereditaments Required for the Purpose of Opening Brooklyn Avenue from Paerdegat Basin to Clarkson Street in the Twenty-ninth Ward of the Borough of Brooklyn, the City of New York.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Gaynor, Burr and Miller, JJ., concurred.

Charles La Rue, Appellant, v. Frederick J. Wheeler, Respondent.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, because of error in excluding the evidence of the plaintiff as to the nature and